# Abdul Hassan Law Group
## 215-28 Hillside Avenue
### Queens Village, New York, 11427

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2020

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

September 4, 2020

**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 15D
New York, 10007 NY
Tel: 212-805-0292

<u>Re: Cabrera v. Rose Hill Asset Management Corporation et al</u>
Case #: 20-CV-02699 (AT)(KNF)
Motion for Extension of Time

Dear Judge Torres:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a two-week extension of the September 4, 2020 deadline for plaintiff to submit his motion for approval. This request is being made because some additional time is needed to finalize the settlement agreement in light of *Cheeks*. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:     **Defense Counsel via ECF**

GRANTED.  By **September 18, 2020**, the parties shall file their motion for approval.

SO ORDERED.

Dated: September 8, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge